UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-MD-2385-DRH-SCW<br><br>MDL No. 2385<br><br>Judge David R. Herndon |
| WILLIAM COLES,<br><br>Plaintiff,<br><br>v.<br><br>BOEHRINGER INGEHLHEIM PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | Case No. 3:13-cv-50100-DRH-SCW |

NOTICE OF FILING AND CERTIFICATION
BY LEVIN PAPANTONIO

Levin Papantonio now certifies its list of Pradaxa clients as follows:

| Claimant Name[1] | Case No. | Jurisdiction |
|---|---|---|
| Ronnie Adams | 3:13-cv-51409-DRH-SCW | Federal |
| Elvira Aguilar | 3:13-cv-51682-DRH-SCW | Federal |
| Robert Alexander | 3:13-cv-51440-DRH-SCW | Federal |
| Joel Anderson | 3:13-cv-51417-DRH-SCW | Federal |
| Robert Anderson | 3:14-cv-50318-DRH-SCW | Federal |
| Randall Andre, Sr. | 3:14-cv-50134-DRH-SCW | Federal |
| Marlene Asbury | 3:13-cv-51424-DRH-SCW | Federal |
| Ora Banks | 3:13-cv-50843-DRH-SCW | Federal |
| Kenneth Barndt | Unfiled | |
| Samantha Baronick | Unfiled | |
| Paul Barron | Unfiled | |
| Barbara Bays | 3:13-cv-51416-DRH-SCW | Federal |
| Kenneth Beals | 3:13-cv-51436-DRH-SCW | Federal |

---

[1] Levin Papantonio refers to the name of the injured or deceased person here, which may be different from the name of any named plaintiffs.

1

| **Claimant Name**[1] | **Case No.** | **Jurisdiction** |
|---|---|---|
| Louise Beard | Unfiled | |
| Paul Benford | Unfiled | |
| Hazel Bennett | Unfiled | |
| Tremaine Bessem-Asu | Unfiled | |
| Richard Bishop | Unfiled | |
| Mary Blue | Unfiled | |
| Birchie Booton | 3:13-cv-51403-DRH-SCW | Federal |
| Nancy Bowers | Unfiled | |
| Hulsey Bray | Unfiled | |
| Ruth Brooks | 3:13-cv-51218-DRH-SCW | Federal |
| Jenna Brown | Unfiled | |
| Joan Brumfield | 3:13-cv-51307-DRH-SCW | Federal |
| William Buckley, Jr. | 3:13-cv-51423-DRH-SCW | Federal |
| Carol Cable | Unfiled | |
| Evart Caddell | 3:13-cv-51709-DRH-SCW | Federal |
| Albert Capilla | 3:13-cv-50597-DRH-SCW | Federal |
| Joseph Carder | 3:13-cv-51415-DRH-SCW | Federal |
| Daniel Castilleja | Unfiled | |
| Franscesca Ciabattoni | Unfiled | |
| Samuel Clancy | Unfiled | |
| Susan Clark | 3:13-cv-51269-DRH-SCW | Federal |
| Rose Clayton | Unfiled | |
| Emma Cochran | 3:13-cv-51581-DRH-SCW | Federal |
| William Coles | 3:13-cv-50100-DRH-SCW | Federal |
| Edith Cook | Unfiled | |
| Glenn Cox | 3:13-cv-51421-DRH-SCW | Federal |
| William Craddock | Unfiled | |
| Ronald Crowe | Unfiled | |
| Gerald Daniel | Unfiled | |
| Shirley Daniels | Unfiled | |
| Larry Darnell | Unfiled | |
| Doris Daumler | 3:13-cv-50175-DRH-SCW | Federal |
| Mona Dickerson | HHD-CV-14-6049665-S | Connecticut |
| Marjorie Diemer | Unfiled | |
| Edward Dobek | 3:13-cv-51710-DRH-SCW | Federal |
| Mary Downey | Unfiled | |
| Daniel Driscoll | Unfiled | |
| Brenda Edwards | Unfiled | |
| Melba Evanoff | 3:13-cv-51422-DRH-SCW | Federal |
| Reggie Farmer | Unfiled | |
| Rita Fawcett | 3:13-cv-51429-DRH-SCW | Federal |

| **Claimant Name**[1] | **Case No.** | **Jurisdiction** |
|---|---|---|
| Christopher Fazio | Unfiled | |
| Kathy Ferguson | Unfiled | |
| Ollie Fields | Unfiled | |
| Joyce Finnegan | HHD-CV-13-6039994-S | Connecticut |
| Martin Fitzgerald | 3:13-cv-51414-DRH-SCW | Federal |
| Kenneth Fodor | Unfiled | |
| Billie Ford | 3:13-cv-50135-DRH-SCW | Federal |
| Bobby Fritts | 3:13-cv-50596-DRH-SCW | Federal |
| Blanca Gainza | Unfiled | |
| Audrey Gales | 3:13-cv-51441-DRH-SCW | Federal |
| William Galloway | 3:13-cv-51305-DRH-SCW | Federal |
| Mildred Gann | 3:13-cv-51832-DRH-SCW | Federal |
| Myra Gatto | 3:13-cv-51309-DRH-SCW | Federal |
| Lottie Gibbons | 3:13-cv-51260-DRH-SCW | Federal |
| Robert Gilmore | Unfiled | |
| Yvonne Gray | Unfiled | |
| Edwina Gregory | 3:13-cv-50912-DRH-SCW | Federal |
| Gerald Grimm | Unfiled | |
| Liesma Grinvalds | 3:13-cv-51683-DRH-SCW | Federal |
| Arletta Groves | Unfiled | |
| Joseph Hallisey | 3:13-cv-51679-DRH-SCW | Federal |
| Daniel Hammons | Unfiled | |
| Dan Harrington | Unfiled | |
| Richard Harris | Unfiled | |
| Leanah Haugen | Unfiled | |
| Bobbie Herring | 3:13-cv-51413-DRH-SCW | Federal |
| William Hertel | 3:13-cv-50158-DRH-SCW | Federal |
| Shirley Higdon | 3:12-cv-60016-DRH-SCW | Federal |
| Conchita Hill | 3:13-cv-51354-DRH-SCW | Federal |
| Eva Hinkel | HHD-CV-13-6041351-S | Connecticut |
| Doris Hock | 3:13-cv-51399-DRH-SCW | Federal |
| Ellen Hovencamp | 3:14-cv-50534-DRH-SCW | Federal |
| Vincent Howell | 3:13-cv-51420-DRH-SCW | Federal |
| Clara Hunt | Unfiled | |
| Willie Jackson | 3:13-cv-51304-DRH-SCW | Federal |
| David Jarrett | Unfiled | |
| Patricia Jones | Unfiled | |
| Wade Jones | 3:13-cv-51412-DRH-SCW | Federal |
| Alberta King | Unfiled | |
| Helen King | 3:13-cv-51427-DRH-SCW | Federal |
| Patricia Knowles | 3:13-cv-51578-DRH-SCW | Federal |

| Claimant Name[1] | Case No. | Jurisdiction |
|---|---|---|
| George Kress | 3:14-cv-50207-DRH-SCW | Federal |
| Vukosava Krstic | Unfiled | |
| James Krueger | Unfiled | |
| Mable Labbe | 3:13-cv-51834-DRH-SCW | Federal |
| Jessie Lewis | Unfiled | |
| Patricia Lindsay | 3:13-cv-51303-DRH-SCW | Federal |
| Freda Little | 3:13-cv-51428-DRH-SCW | Federal |
| Martha Locke | Unfiled | |
| Janet Lowe | Unfiled | |
| William Lownsberry | Unfiled | |
| Nancy Lucia | Unfiled | |
| Virginia Lyon | Unfiled | |
| Joseph Malley | 3:14-cv-50205-DRH-SCW | Federal |
| Vera Maner | Unfiled | |
| Lucinda Marcella | 3:13-cv-51353-DRH-SCW | Federal |
| Linda Margolin | HHD-CV-13-6041352-S | Connecticut |
| Clarence Martin | Unfiled | |
| Thomas Martin | Unfiled | |
| George McArthur | Unfiled | |
| Gerald McCall | 3:13-cv-51707-DRH-SCW | Federal |
| Laura McCormack | 3:13-cv-51684-DRH-SCW | Federal |
| Thomas McFarland | Unfiled | |
| Arnold McNeill | Unfiled | |
| Lizzie McQueen | 3:13-cv-51435-DRH-SCW | Federal |
| Manuel Mendoza | 3:13-cv-51113-DRH-SCW | Federal |
| Ruth Meredith | HHD-CV-13-6040005-S | Connecticut |
| Carl Messner | Unfiled | |
| Doris Meyer | Unfiled | |
| Lester Mink | Unfiled | |
| Amie Mollohan | 3:13-cv-51052-DRH-SCW | Federal |
| Allen Moushon | 3:13-cv-51681-DRH-SCW | Federal |
| Linzy Murphy | Unfiled | |
| Jil Musser | 3:14-cv-50206-DRH-SCW | Federal |
| Bertha Neimiller | Unfiled | |
| Bernard Newman | 3:13-cv-51404-DRH-SCW | Federal |
| Janet Nichols | 3:13-cv-51419-DRH-SCW | Federal |
| John Nicholson | Unfiled | |
| Angelo Nocera | 3:14-cv-50261-DRH-SCW | Federal |
| Henry Null | 3:13-cv-51411-DRH-SCW | Federal |
| Ralph Oglesby | 3:13-cv-50598-DRH-SCW | Federal |
| Deborah Olivier | 3:13-cv-51401-DRH-SCW | Federal |

| Claimant Name[1] | Case No. | Jurisdiction |
|---|---|---|
| Margaret Panarello | Unfiled | |
| Charles Parinello | Unfiled | |
| Kathleen Parker | Unfiled | |
| Ronald Parker | 3:13-cv-51434-DRH-SCW | Federal |
| Richard Pattee | 3:13-cv-51711-DRH-SCW | Federal |
| Michael Payne | Unfiled | |
| Haydee Peransi | Unfiled | |
| David Poeschl | Unfiled | |
| Lynn Pollock | Unfiled | |
| Helen-Marie Poole | HHD-CV-13-6043824-S | Connecticut |
| Marie Prater | Unfiled | |
| Pete Rampone | 3:13-cv-51433-DRH-SCW | Federal |
| Samuel Riley | Unfiled | |
| Leona Rippon | 3:13-cv-51432-DRH-SCW | Federal |
| Marguerite Robenstein | 3:13-cv-51402-DRH-SCW | Federal |
| Jacquelyn Roberts | Unfiled | |
| Thelma Roberts | 3:13-cv-51708-DRH-SCW | Federal |
| Debra Rosser | Unfiled | |
| Ronald Roth | Unfiled | |
| Robert Roush | 3:14-cv-50204-DRH-SCW | Federal |
| Charlene Salcido | 3:13-cv-50916-DRH-SCW | Federal |
| Garry Sanders | Unfiled | |
| Catherine Saunders | Unfiled | |
| James Scalf | Unfiled | |
| Stephen Schmidley | Unfiled | |
| Fred Shain | Unfiled | |
| Howard Shepherd | 3:13-cv-50172-DRH-SCW | Federal |
| Helen Sieck | Unfiled | |
| Mary Simpson | 3:13-cv-51431-DRH-SCW | Federal |
| Donald Sims | Unfiled | |
| Charles Smith | Unfiled | |
| Donna Somers | Unfiled | |
| Ray Sorrell | HHD-CV-13-6041354-S | Connecticut |
| Shirlene Steen | 3:13-cv-51310-DRH-SCW | Federal |
| Mary Stewart | 3:13-cv-50173-DRH-SCW | Federal |
| Angela Stonebreaker | Unfiled | |
| Laverne Struss | Unfiled | |
| Elizabeth Stull | 3:13-cv-51352-DRH-SCW | Federal |
| Sylvia Taughinbaugh | Unfiled | |
| Nellie Taze | Unfiled | |
| Roger Teer | Unfiled | |

| **Claimant Name**[1] | **Case No.** | **Jurisdiction** |
|---|---|---|
| James Tennant | Unfiled | |
| Anna Thacker | 3:13-cv-51308-DRH-SCW | Federal |
| Glenda Thomas | 3:13-cv-51680-DRH-SCW | Federal |
| Robert Thompson | 3:13-cv-51418-DRH-SCW | Federal |
| Martin Tighe | 3:13-cv-50913-DRH-SCW | Federal |
| Irene Voelker | Unfiled | |
| Mary Vohsberg | Unfiled | |
| Emmett Ward | 3:13-cv-50915-DRH-SCW | Federal |
| Robert Weaver | 3:13-cv-51050-DRH-SCW | Federal |
| William Weaver | 3:13-cv-50097-DRH-SCW | Federal |
| Charles Webster | 3:13-cv-51580-DRH-SCW | Federal |
| Mildred Weiss | 3:13-cv-50136-DRH-SCW | Federal |
| James Wilhelm | 3:13-cv-51579-DRH-SCW | Federal |
| John Wilkey | Unfiled | |
| Isaac Williams | 3:13-cv-51410-DRH-SCW | Federal |
| Sheila Williams | Unfiled | |
| Brenda Williamson | Unfiled | |
| Eva Wilson | Unfiled | |
| Jean Wilson | 3:13-cv-51388-DRH-SCW | Federal |
| Laura Wilson | Unfiled | |
| Marilyn Wisniewski | Unfiled | |
| Charles Wittum, Sr. | 3:13-cv-51835-DRH-SCW | Federal |

Additionally, Levin Papantonio files Ex. A, its Initial Claimant Identification Certification, in the form designated by CMO 76.

/s/ William F. Cash III
William F. Cash III
Neil E. McWilliams, Jr.
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
850-435-7059
Fax: 850-435-7020
bcash@levinlaw.com
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of Levin Papantonio's *Notice Of Filing And Certification* will be filed under seal and served as designated in CMO 76 today, June 4, 2014.

William F. Cash III