# Initial Claimant Identification Certification
## In re *Pradaxa Prods. Liab. Litig.* MDL 2385
## Levin, Papantonio, Thomas, Mitchell, Rafferty, and Proctor, P.A.

| Last Name of Pradaxa Claimant | First Name of Pradaxa Claimant | Date of Birth of Claimant | Pradaxa Ingestion Confirmed? Y/N | Bleed Confirmed While on Pradaxa? Y/N | Death, Bleeding Event or Other Injury | Date of Initial Bleeding Event | If "Death," Days b/w Bleed & Death | If "Injury," # of Days Hospitalized if Alive | Name of Law Firm Representing Claimant | Category Claimed Under MSA Para. 8.2(a) |
|---|---|---|---|---|---|---|---|---|---|---|
| Adams | Ronnie | 5/25/1949 | Y | Y | Bleeding Event | 5/12/2012 | N/A | 3 | Levin Papantonio | E |
| Aguilar | Elvira | 11/16/1948 | Y | Y | Bleeding Event | 9/14/2012 | N/A | 4 | Levin Papantonio | F |
| Alexander | Robert | 7/26/1937 | Y | Y | Bleeding Event | 5/22/2011 | N/A | 8 | Levin Papantonio | G |
| Anderson | Joel | 8/21/1922 | Y | Y | Bleeding Event | 2/25/2012 | N/A | 4 | Levin Papantonio | F |
| Anderson | Robert | 11/28/1945 | Y | Y | Bleeding Event | 7/15/2013 | N/A | 14 | Levin Papantonio | H |
| Andre, Sr. | Randall | 3/5/1940 | Y | Y | Bleeding Event | 6/6/2013 | N/A | 4 | Levin Papantonio | F |
| Asbury | Marlene | 12/15/1939 | Y | Y | Bleeding Event | 4/13/2012 | N/A | 4 | Levin Papantonio | F |
| Banks | Ora | 10/29/1942 | Y | Y | Bleeding Event | 10/30/2012 | N/A | 3 | Levin Papantonio | E |
| Barndt | Kenneth | 7/20/1941 | Y | Y | Death | 10/26/2007 | 1 | N/A | Levin Papantonio | A |
| Baronick | Samantha | 3/2/1969 | Y | Y | Death | 11/17/2013 | 4 | N/A | Levin Papantonio | A |
| Barron | Paul | 7/8/1943 | Y | Y | Bleeding Event | 11/14/2011 | N/A | 10 | Levin Papantonio | H |
| Bays | Barbara | 2/28/1940 | Y | Y | Bleeding Event | 5/23/2012 | N/A | 5 | Levin Papantonio | F |
| Beals | Kenneth | 4/14/1933 | Y | Y | Bleeding Event | 9/8/2012 | N/A | 8 | Levin Papantonio | G |
| Beard | Louise | 2/22/1931 | Y | Y | Death | 12/19/2013 | 22 | N/A | Levin Papantonio | C |
| Benford | Paul | 5/6/1933 | Y | Y | Bleeding Event | 9/2/2011 | N/A | 72 | Levin Papantonio | H |
| Bennett | Hazel | 8/12/1927 | Y | Y | Death | 7/6/2012 | 10 | N/A | Levin Papantonio | B |
| Bessem-Asu | Tremaine | 8/4/1981 | Y | Y | Bleeding Event | 8/4/2011 | N/A | 14 | Levin Papantonio | H |
| Bishop | Richard | 3/20/1933 | Y | Y | Death | 6/12/2013 | 15 | N/A | Levin Papantonio | B |
| Blue | Mary | 1/29/1936 | Y | Y | Other | 8/25/2013 | N/A | 30 | Levin Papantonio | I |
| Booton | Birchie | 5/16/1925 | Y | Y | Bleeding Event | 6/1/2012 | N/A | 7 | Levin Papantonio | G |
| Bowers | Nancy | 2/20/1933 | Y | Y | Bleeding Event | 3/28/2012 | N/A | 7 | Levin Papantonio | G |
| Bray | Hulsey | 1/11/1949 | Y | Y | Death | 11/8/2013 | 2 | N/A | Levin Papantonio | A |
| Brooks | Ruth | 10/17/1928 | Y | Y | Bleeding Event | 9/21/2011 | N/A | 17 | Levin Papantonio | H |
| Brown | Jenna | 7/15/1933 | Y | Y | Bleeding Event | 5/18/2011 | N/A | 39 | Levin Papantonio | H |
| Brumfield | Joan | 5/27/1936 | Y | Y | Bleeding Event | 2/8/2011 | N/A | 25 | Levin Papantonio | H |
| Buckley, Jr. | William | 12/11/1927 | Y | Y | Bleeding Event | 12/26/2011 | N/A | 2 | Levin Papantonio | E |
| Cable | Carol | 10/19/1945 | Y | Y | Bleeding Event | 8/10/2013 | N/A | 8 | Levin Papantonio | G |
| Caddell | Evart | 12/25/1926 | Y | Y | Bleeding Event | 5/17/2013 | N/A | 15 | Levin Papantonio | H |
| Capilla | Albert | 8/1/1933 | Y | Y | Bleeding Event | 8/16/2011 | N/A | 5 | Levin Papantonio | F |
| Carder | Joseph | 7/28/1932 | Y | Y | Bleeding Event | 4/27/2012 | N/A | 8 | Levin Papantonio | G |
| Castilleja | Daniel | 1/9/1956 | Y | Y | Death | 11/4/2011 | 2 | N/A | Levin Papantonio | A |
| Ciabattoni | Franscesca | 1/28/1936 | Y | Y | Bleeding Event | 4/15/2012 | N/A | 60 | Levin Papantonio | H |
| Clancy | Samuel | 5/29/1958 | Y | Y | Bleeding Event | 8/7/2013 | N/A | 1 | Levin Papantonio | D |

| Last Name of Pradaxa Claimant | First Name of Pradaxa Claimant | Date of Birth of Claimant | Pradaxa Ingestion Confirmed? Y/N | Bleed Confirmed While on Pradaxa? Y/N | Death, Bleeding Event or Other Injury | Date of Initial Bleeding Event | If "Death," Days b/w Bleed & Death | If "Injury," # of Days Hospitalized if Alive | Name of Law Firm Representing Claimant | Category Claimed Under MSA Para. 8.2(a) |
|---|---|---|---|---|---|---|---|---|---|---|
| Clark | Susan | 8/21/1941 | Y | Y | Bleeding Event | 1/27/2013 | N/A | 5 | Levin Papantonio | F |
| Clayton | Rose | 1/15/1933 | Y | Y | Bleeding Event | 5/14/2011 | N/A | 12 | Levin Papantonio | H |
| Cochran | Emma | 7/4/1926 | Y | Y | Bleeding Event | 2/21/2012 | N/A | 7 | Levin Papantonio | G |
| Coles | William | 9/16/1930 | Y | Y | Bleeding Event | 1/21/2011 | N/A | 19 | Levin Papantonio | H |
| Cook | Edith | 5/30/1932 | Y | Y | Bleeding Event | 5/13/2013 | N/A | 17 | Levin Papantonio | H |
| Cox | Glenn | 7/1/1958 | Y | Y | Bleeding Event | 10/21/2011 | N/A | 9 | Levin Papantonio | G |
| Craddock | William | 10/10/1931 | Y | Y | Bleeding Event | 3/3/2014 | N/A | 10 | Levin Papantonio | H |
| Crowe | Ronald | 5/11/1938 | Y | Y | Bleeding Event | 2/28/2014 | N/A | 3 | Levin Papantonio | E |
| Daniel | Gerald | 2/14/1943 | Y | Y | Bleeding Event | 10/6/2012 | N/A | 6 | Levin Papantonio | G |
| Daniels | Shirley | 11/7/1934 | Y | Y | Bleeding Event | 10/7/2013 | N/A | 2 | Levin Papantonio | E |
| Darnell | Larry | 5/23/1949 | Y | Y | Bleeding Event | 9/14/2012 | N/A | 0 | Levin Papantonio | D |
| Daumler | Doris | 9/11/1933 | Y | Y | Death | 5/14/2012 | 6 | N/A | Levin Papantonio | B |
| Dickerson | Mona | 1/15/1935 | Y | Y | Bleeding Event | 6/3/2011 | N/A | 12 | Levin Papantonio | H |
| Diemer | Marjorie | 5/14/1916 | Y | Y | Bleeding Event | 1/20/2013 | N/A | 9 | Levin Papantonio | G |
| Dobek | Edward | 5/5/1957 | Y | Y | Bleeding Event | 6/1/2012 | N/A | 2 | Levin Papantonio | E |
| Downey | Mary | 6/2/1953 | Y | Y | Bleeding Event | 4/11/2012 | N/A | 10 | Levin Papantonio | H |
| Driscoll | Daniel | 7/12/1944 | Y | Y | Bleeding Event | 6/22/2012 | N/A | 11 | Levin Papantonio | H |
| Edwards | Brenda | 5/23/1948 | Y | Y | Other | 4/16/2013 | N/A | 4 | Levin Papantonio | I |
| Evanoff | Melba | 12/18/1943 | Y | Y | Bleeding Event | 7/1/2012 | N/A | 4 | Levin Papantonio | F |
| Farmer | Reggie | 12/27/1944 | Y | Y | Death | 1/9/2014 | 10 | N/A | Levin Papantonio | B |
| Fawcett | Rita | 9/21/1941 | Y | Y | Bleeding Event | 11/26/2012 | N/A | 3 | Levin Papantonio | E |
| Fazio | Christopher | 3/4/1962 | Y | Y | Bleeding Event | 12/13/2013 | N/A | 1 | Levin Papantonio | D |
| Ferguson | Kathy | 3/24/1954 | Y | Y | Bleeding Event | 9/15/2011 | N/A | 48 | Levin Papantonio | H |
| Fields | Ollie | 6/4/1944 | Y | Y | Bleeding Event | 4/1/2013 | N/A | 1 | Levin Papantonio | D |
| Finnegan | Joyce | 4/23/1932 | Y | Y | Bleeding Event | 2/3/2012 | N/A | 5 | Levin Papantonio | F |
| Fitzgerald | Martin | 11/4/1935 | Y | Y | Death | 1/8/2012 | 20 | N/A | Levin Papantonio | C |
| Fodor | Kenneth | 4/18/1952 | Y | Y | Bleeding Event | 11/28/2012 | N/A | 8 | Levin Papantonio | G |
| Ford | Billie | 4/12/1942 | Y | Y | Death | 4/7/2011 | 30 | N/A | Levin Papantonio | C |
| Fritts | Bobby | 8/17/1943 | Y | Y | Bleeding Event | 8/21/2012 | N/A | 5 | Levin Papantonio | F |
| Gainza | Blanca | 5/4/1923 | Y | Y | Death | 2/13/2014 | 14 | N/A | Levin Papantonio | B |
| Gales | Audrey | 6/14/1938 | Y | Y | Bleeding Event | 1/29/2013 | N/A | 23 | Levin Papantonio | H |
| Galloway | William | 12/21/1922 | Y | Y | Bleeding Event | 3/2/2012 | N/A | 5 | Levin Papantonio | F |
| Gann | Mildred | 8/20/1937 | Y | Y | Bleeding Event | 8/2/2013 | N/A | 11 | Levin Papantonio | H |
| Gatto | Myra | 11/25/1941 | Y | Y | Bleeding Event | 4/21/2012 | N/A | 14 | Levin Papantonio | H |
| Gibbons | Lottie | 8/23/1925 | Y | Y | Bleeding Event | 5/26/2011 | N/A | 3 | Levin Papantonio | E |
| Gilmore | Robert | 9/20/1936 | Y | Y | Bleeding Event | 12/26/2010 | N/A | 14 | Levin Papantonio | H |
| Gray | Yvonne | 2/7/1954 | Y | Y | Bleeding Event | 11/16/2012 | N/A | 18 | Levin Papantonio | H |
| Gregory | Edwina | 7/22/1943 | Y | Y | Bleeding Event | 9/12/2011 | N/A | 7 | Levin Papantonio | G |
| Grimm | Gerald | 8/22/1937 | Y | Y | Bleeding Event | 4/26/2013 | N/A | 26 | Levin Papantonio | H |

| Last Name of Pradaxa Claimant | First Name of Pradaxa Claimant | Date of Birth of Claimant | Pradaxa Ingestion Confirmed? Y/N | Bleed Confirmed While on Pradaxa? Y/N | Death, Bleeding Event or Other Injury | Date of Initial Bleeding Event | If "Death," Days b/w Bleed & Death | If "Injury," # of Days Hospitalized if Alive | Name of Law Firm Representing Claimant | Category Claimed Under MSA Para. 8.2(a) |
|---|---|---|---|---|---|---|---|---|---|---|
| Grinvalds | Liesma | 1/21/1936 | Y | Y | Death | 5/24/2012 | 15 | N/A | Levin Papantonio | B |
| Groves | Arletta | 11/17/1939 | Y | Y | Death | 10/11/2012 | 1 | N/A | Levin Papantonio | A |
| Hallisey | Joseph | 4/3/1941 | Y | Y | Bleeding Event | 2/14/2011 | N/A | 3 | Levin Papantonio | E |
| Hammons | Daniel | 7/20/1956 | Y | Y | Bleeding Event | 1/28/2014 | N/A | 4 | Levin Papantonio | F |
| Harrington | Dan | 2/3/1949 | Y | Y | Bleeding Event | 10/7/2011 | N/A | 0 | Levin Papantonio | D |
| Harris | Richard | 9/1/1949 | Y | Y | Bleeding Event | 12/30/2012 | N/A | 5 | Levin Papantonio | F |
| Haugen | Leanah | 11/22/1933 | Y | Y | Bleeding Event | 9/15/2013 | N/A | 2 | Levin Papantonio | E |
| Herring | Bobbie | 2/23/1955 | Y | Y | Bleeding Event | 7/19/2012 | N/A | 6 | Levin Papantonio | G |
| Hertel | William | 10/4/1931 | Y | Y | Bleeding Event | 6/30/2011 | N/A | 10 | Levin Papantonio | H |
| Higdon | Shirley | 6/9/1938 | Y | Y | Bleeding Event | 7/17/2011 | N/A | 4 | Levin Papantonio | F |
| Hill | Conchita | 6/14/1933 | Y | Y | Bleeding Event | 11/18/2011 | N/A | 1 | Levin Papantonio | D |
| Hinkel | Eva | 6/23/1927 | Y | Y | Bleeding Event | 4/19/2011 | N/A | 8 | Levin Papantonio | G |
| Hock | Doris | 10/24/1920 | Y | Y | Death | 10/23/2011 | 35 | N/A | Levin Papantonio | C |
| Hovencamp | Ellen | 1/19/1934 | Y | Y | Bleeding Event | 6/13/2012 | N/A | 1 | Levin Papantonio | D |
| Howell | Vincent | 7/5/1928 | Y | Y | Bleeding Event | 11/2/2011 | N/A | 8 | Levin Papantonio | G |
| Hunt | Clara | 6/28/1937 | Y | Y | Bleeding Event | 5/1/2014 | N/A | 2 | Levin Papantonio | E |
| Jackson | Willie | 8/29/1928 | Y | Y | Death | 10/5/2011 | 2 | N/A | Levin Papantonio | A |
| Jarrett | David | 12/25/1955 | Y | Y | Bleeding Event | 11/11/2013 | N/A | 4 | Levin Papantonio | F |
| Jones | Patricia | 4/22/1946 | Y | Y | Bleeding Event | 9/17/2013 | N/A | 3 | Levin Papantonio | E |
| Jones | Wade | 7/21/1956 | Y | Y | Bleeding Event | 1/28/2012 | N/A | 4 | Levin Papantonio | F |
| King | Alberta | 11/19/1949 | Y | Y | Bleeding Event | 12/25/2012 | N/A | 7 | Levin Papantonio | G |
| King | Helen | 8/5/1934 | Y | Y | Death | 2/15/2012 | 1 | N/A | Levin Papantonio | A |
| Knowles | Patricia | 8/4/1945 | Y | Y | Bleeding Event | 1/9/2011 | N/A | 17 | Levin Papantonio | H |
| Kress | George | 8/16/1934 | Y | Y | Bleeding Event | 4/7/2012 | N/A | 6 | Levin Papantonio | G |
| Krstic | Vukosava | 12/29/1936 | Y | Y | Bleeding Event | 2/6/2014 | N/A | 6 | Levin Papantonio | G |
| Krueger | James | 5/14/1945 | Y | Y | Bleeding Event | 4/23/2013 | N/A | 6 | Levin Papantonio | G |
| Labbe | Mable | 2/23/1915 | Y | Y | Bleeding Event | 1/15/2013 | N/A | 4 | Levin Papantonio | F |
| Lewis | Jessie | 7/7/1936 | Y | Y | Bleeding Event | 9/22/2013 | N/A | 2 | Levin Papantonio | E |
| Lindsay | Patricia | 1/4/1942 | Y | Y | Bleeding Event | 4/11/2013 | N/A | 9 | Levin Papantonio | G |
| Little | Freda | 11/29/1927 | Y | Y | Death | 11/24/2011 | 3 | N/A | Levin Papantonio | A |
| Locke | Martha | 8/8/1926 | Y | Y | Death | 8/4/2013 | 11 | N/A | Levin Papantonio | B |
| Lowe | Janet | 6/27/1946 | Y | Y | Bleeding Event | 5/19/2013 | N/A | 12 | Levin Papantonio | H |
| Lownsberry | William | 2/20/1943 | Y | Y | Bleeding Event | 5/2/2014 | N/A | 3 | Levin Papantonio | E |
| Lucia | Nancy | 8/6/1936 | Y | Y | Death | 6/13/2013 | 1 | N/A | Levin Papantonio | A |
| Lyon | Virginia | 2/11/1924 | Y | Y | Bleeding Event | 4/2/2014 | N/A | 10 | Levin Papantonio | H |
| Malley | Joseph | 8/19/1930 | Y | Y | Bleeding Event | 8/1/2012 | N/A | 1 | Levin Papantonio | D |
| Maner | Vera | 8/23/1936 | Y | Y | Bleeding Event | 7/29/2011 | N/A | 6 | Levin Papantonio | G |
| Marcella | Lucinda | 8/2/1940 | Y | Y | Bleeding Event | 1/26/2012 | N/A | 4 | Levin Papantonio | F |
| Margolin | Linda | 11/26/1943 | Y | Y | Death | 3/25/2011 | 7 | N/A | Levin Papantonio | B |

| Last Name of Pradaxa Claimant | First Name of Pradaxa Claimant | Date of Birth of Claimant | Pradaxa Ingestion Confirmed? Y/N | Bleed Confirmed While on Pradaxa? Y/N | Death, Bleeding Event or Other Injury | Date of Initial Bleeding Event | If "Death," Days b/w Bleed & Death | If "Injury," # of Days Hospitalized if Alive | Name of Law Firm Representing Claimant | Category Claimed Under MSA Para. 8.2(a) |
|---|---|---|---|---|---|---|---|---|---|---|
| Martin | Clarence | 4/15/1939 | Y | Y | Bleeding Event | 11/1/2010 | N/A | 3 | Levin Papantonio | E |
| Martin | Thomas | 7/4/1935 | Y | Y | Death | 2/6/2013 | 0 | N/A | Levin Papantonio | A |
| McArthur | George | 7/23/1930 | Y | Y | Death | 2/13/2012 | 12 | N/A | Levin Papantonio | B |
| McCall | Gerald | 4/15/1928 | Y | Y | Bleeding Event | 5/21/2012 | N/A | 4 | Levin Papantonio | F |
| McCormack | Laura | 10/2/1952 | Y | Y | Bleeding Event | 6/7/2013 | N/A | 3 | Levin Papantonio | E |
| McFarland | Thomas | 11/16/1941 | Y | Y | Bleeding Event | 4/10/2014 | N/A | 0 | Levin Papantonio | D |
| McNeill | Arnold | 4/20/1951 | Y | Y | Death | 3/15/2013 | 8 | N/A | Levin Papantonio | B |
| McQueen | Lizzie | 4/3/1950 | Y | Y | Bleeding Event | 1/20/2012 | N/A | 6 | Levin Papantonio | G |
| Mendoza | Manuel | 9/16/1946 | Y | Y | Bleeding Event | 10/3/2011 | N/A | 3 | Levin Papantonio | E |
| Meredith | Ruth | 8/31/1926 | Y | Y | Bleeding Event | 4/11/2011 | N/A | 10 | Levin Papantonio | H |
| Messner, Jr. | Carl | 5/28/1934 | Y | Y | Bleeding Event | 11/8/2013 | N/A | 17 | Levin Papantonio | H |
| Meyer | Doris | 10/26/1929 | Y | Y | Death | 5/13/2013 | 18 | N/A | Levin Papantonio | C |
| Mink | Lester | 3/28/1960 | Y | Y | Bleeding Event | 1/19/2014 | N/A | 2 | Levin Papantonio | E |
| Mollohan | Amie | 6/2/1928 | Y | Y | Death | 4/4/2011 | 7 | N/A | Levin Papantonio | B |
| Moushon | Allen | 6/19/1948 | Y | Y | Bleeding Event | 12/19/2011 | N/A | 31 | Levin Papantonio | H |
| Murphy | Linzy | 4/5/1962 | Y | Y | Other | 6/26/2011 | N/A | 6 | Levin Papantonio | I |
| Musser | Jil | 1/27/1952 | Y | Y | Bleeding Event | 1/1/2013 | N/A | 0 | Levin Papantonio | D |
| Neimiller | Bertha | 8/4/1930 | Y | Y | Bleeding Event | 12/9/2011 | N/A | 9 | Levin Papantonio | G |
| Newman | Bernard | 2/1/1929 | Y | Y | Bleeding Event | 6/2/2012 | N/A | 19 | Levin Papantonio | H |
| Nichols | Janet | 7/22/1930 | Y | Y | Bleeding Event | 4/15/2012 | N/A | 11 | Levin Papantonio | H |
| Nicholson | John | 5/24/1932 | Y | Y | Bleeding Event | 6/28/2012 | N/A | 33 | Levin Papantonio | H |
| Nocera | Angelo | 5/18/1927 | Y | Y | Bleeding Event | 3/27/2013 | N/A | 8 | Levin Papantonio | G |
| Null | Henry | 2/19/1946 | Y | Y | Bleeding Event | 7/28/2011 | N/A | 4 | Levin Papantonio | F |
| Oglesby | Ralph | 9/30/1940 | Y | Y | Bleeding Event | 2/15/2012 | N/A | 4 | Levin Papantonio | F |
| Olivier | Deborah | 11/14/1949 | Y | Y | Bleeding Event | 1/25/2012 | N/A | 7 | Levin Papantonio | G |
| Panarello | Margaret | 12/8/1926 | Y | Y | Death | 9/30/2012 | 3 | N/A | Levin Papantonio | A |
| Parinello | Charles | 6/20/1940 | Y | Y | Bleeding Event | 5/30/2013 | N/A | 35 | Levin Papantonio | H |
| Parker | Kathleen | 2/6/1935 | Y | Y | Bleeding Event | 6/20/2013 | N/A | 4 | Levin Papantonio | F |
| Parker | Ronald | 7/30/1937 | Y | Y | Bleeding Event | 11/16/2011 | N/A | 3 | Levin Papantonio | E |
| Pattee | Richard | 11/16/1933 | Y | Y | Bleeding Event | 12/10/2012 | N/A | 22 | Levin Papantonio | H |
| Payne | Michael | 5/2/1957 | Y | Y | Bleeding Event | 6/12/2012 | N/A | 0 | Levin Papantonio | D |
| Peransi | Haydee | 6/28/1925 | Y | Y | Death | 2/8/2013 | 1 | N/A | Levin Papantonio | A |
| Poeschl | David | 5/10/1936 | Y | Y | Death | 3/4/2012 | 19 | N/A | Levin Papantonio | C |
| Pollock | Lynn | 11/6/1963 | Y | Y | Bleeding Event | 6/5/2012 | N/A | 3 | Levin Papantonio | E |
| Poole | Helen-Marie | 11/2/1930 | Y | Y | Death | 7/29/2012 | 11 | N/A | Levin Papantonio | B |
| Prater | Marie | 11/22/1919 | Y | Y | Bleeding Event | 12/9/2013 | N/A | 5 | Levin Papantonio | F |
| Rampone | Pete | 3/21/1957 | Y | Y | Bleeding Event | 5/6/2011 | N/A | 7 | Levin Papantonio | G |
| Riley | Samuel | 1/17/1947 | Y | Y | Bleeding Event | 10/29/2013 | N/A | 3 | Levin Papantonio | E |
| Rippon | Leona | 10/14/1931 | Y | Y | Bleeding Event | 10/24/2012 | N/A | 5 | Levin Papantonio | F |

| Last Name of Pradaxa Claimant | First Name of Pradaxa Claimant | Date of Birth of Claimant | Pradaxa Ingestion Confirmed? Y/N | Bleed Confirmed While on Pradaxa? Y/N | Death, Bleeding Event or Other Injury | Date of Initial Bleeding Event | If "Death," Days b/w Bleed & Death | If "Injury," # of Days Hospitalized if Alive | Name of Law Firm Representing Claimant | Category Claimed Under MSA Para. 8.2(a) |
|---|---|---|---|---|---|---|---|---|---|---|
| Robenstein | Marguerite | 7/7/1923 | Y | Y | Bleeding Event | 6/4/2012 | N/A | 8 | Levin Papantonio | G |
| Roberts | Jacquelyn | 7/9/1948 | Y | Y | Bleeding Event | 3/28/2012 | N/A | 9 | Levin Papantonio | G |
| Roberts | Thelma | 9/10/1936 | Y | Y | Death | 1/8/2013 | 1 | N/A | Levin Papantonio | A |
| Rosser | Debra | 9/24/1959 | Y | Y | Bleeding Event | 9/23/2013 | N/A | 51 | Levin Papantonio | H |
| Roth | Ronald | 5/4/1934 | Y | Y | Bleeding Event | 6/9/2011 | N/A | 23 | Levin Papantonio | H |
| Roush | Robert | 2/14/1936 | Y | Y | Death | 7/11/2013 | 3 | N/A | Levin Papantonio | A |
| Salcido | Charlene | 12/13/1936 | Y | Y | Bleeding Event | 12/11/2011 | N/A | 10 | Levin Papantonio | H |
| Sanders | Garry | 8/6/1957 | Y | Y | Bleeding Event | 12/8/2013 | N/A | 7 | Levin Papantonio | G |
| Saunders | Catherine | 6/24/1934 | Y | Y | Death | 8/5/2013 | 5 | N/A | Levin Papantonio | A |
| Scalf | James | 10/12/1940 | Y | Y | Bleeding Event | 4/8/2014 | N/A | 6 | Levin Papantonio | G |
| Schmidley | Stephen | 12/13/1950 | Y | Y | Bleeding Event | 4/30/2012 | N/A | 9 | Levin Papantonio | G |
| Shain | Fred | 9/21/1926 | Y | Y | Bleeding Event | 2/11/2012 | N/A | 6 | Levin Papantonio | G |
| Shepherd | Howard | 9/18/1943 | Y | Y | Bleeding Event | 2/13/2012 | N/A | 3 | Levin Papantonio | E |
| Sieck | Helen | 9/16/1929 | Y | Y | Bleeding Event | 5/5/2014 | N/A | 6 | Levin Papantonio | G |
| Simpson | Mary | 11/7/1923 | Y | Y | Bleeding Event | 9/21/2012 | N/A | 13 | Levin Papantonio | H |
| Sims | Donald | 3/7/1931 | Y | Y | Bleeding Event | 12/11/2011 | N/A | 5 | Levin Papantonio | F |
| Smith | Charles | 11/22/1944 | Y | Y | Bleeding Event | 12/18/2013 | N/A | 4 | Levin Papantonio | F |
| Somers | Donna | 4/20/1957 | Y | Y | Bleeding Event | 5/4/2013 | N/A | 1 | Levin Papantonio | D |
| Sorrell | Ray | 1/30/1944 | Y | Y | Bleeding Event | 3/23/2012 | N/A | 4 | Levin Papantonio | F |
| Steen | Shirlene | 11/7/1932 | Y | Y | Bleeding Event | 12/3/2012 | N/A | 8 | Levin Papantonio | G |
| Stewart | Mary | 11/25/1930 | Y | Y | Bleeding Event | 8/26/2011 | N/A | 11 | Levin Papantonio | H |
| Stonebreaker | Angela | 5/21/1932 | Y | Y | Bleeding Event | 8/15/2013 | N/A | 7 | Levin Papantonio | G |
| Struss | Laverne | 7/7/1928 | Y | Y | Death | 7/21/2011 | 35 | N/A | Levin Papantonio | C |
| Stull | Elizabeth | 4/28/1929 | Y | Y | Bleeding Event | 12/21/2011 | N/A | 4 | Levin Papantonio | F |
| Taughinbaugh | Sylvia | 10/6/1936 | Y | Y | Death | 1/2/2012 | 1 | N/A | Levin Papantonio | A |
| Taze | Nellie | 1/30/1933 | Y | Y | Bleeding Event | 3/1/2013 | N/A | 3 | Levin Papantonio | E |
| Teer | Roger | 4/13/1952 | Y | Y | Bleeding Event | 12/20/2012 | N/A | 10 | Levin Papantonio | H |
| Tennant | James | 11/3/1938 | Y | Y | Death | 8/17/2013 | 2 | N/A | Levin Papantonio | A |
| Thacker | Anna | 11/9/1949 | Y | Y | Bleeding Event | 1/24/2013 | N/A | 14 | Levin Papantonio | H |
| Thomas | Glenda | 12/21/1943 | Y | Y | Bleeding Event | 1/18/2012 | N/A | 10 | Levin Papantonio | H |
| Thompson | Robert | 4/20/1932 | Y | Y | Bleeding Event | 2/19/2012 | N/A | 6 | Levin Papantonio | G |
| Tighe | Martin | 12/22/1937 | Y | Y | Bleeding Event | 11/3/2011 | N/A | 10 | Levin Papantonio | H |
| Voelker | Irene | 1/6/1928 | Y | Y | Bleeding Event | 10/15/2011 | N/A | 1 | Levin Papantonio | D |
| Vohsberg | Mary | 3/23/1953 | Y | Y | Bleeding Event | 11/2/2013 | N/A | 10 | Levin Papantonio | H |
| Ward | Emmett | 6/5/1959 | Y | Y | Bleeding Event | 7/11/2012 | N/A | 7 | Levin Papantonio | G |
| Weaver | Robert | 12/29/1927 | Y | Y | Bleeding Event | 2/16/2012 | N/A | 4 | Levin Papantonio | F |
| Weaver | William | 7/9/1930 | Y | Y | Death | 8/9/2011 | 3 | N/A | Levin Papantonio | A |
| Webster | Charles | 5/22/1932 | Y | Y | Death | 5/12/2013 | 4 | N/A | Levin Papantonio | A |
| Weiss | Mildred | 1/26/1930 | Y | Y | Death | 6/14/2011 | 4 | N/A | Levin Papantonio | A |

| Last Name of Pradaxa Claimant | First Name of Pradaxa Claimant | Date of Birth of Claimant | Pradaxa Ingestion Confirmed? Y/N | Bleed Confirmed While on Pradaxa? Y/N | Death, Bleeding Event or Other Injury | Date of Initial Bleeding Event | If "Death," Days b/w Bleed & Death | If "Injury," # of Days Hospitalized if Alive | Name of Law Firm Representing Claimant | Category Claimed Under MSA Para. 8.2(a) |
|---|---|---|---|---|---|---|---|---|---|---|
| Wilhelm | James | 11/5/1932 | Y | Y | Bleeding Event | 1/18/2011 | N/A | 7 | Levin Papantonio | G |
| Wilkey | John | 5/9/1944 | Y | Y | Bleeding Event | 7/2/2011 | N/A | 12 | Levin Papantonio | H |
| Williams | Isaac | 7/22/1974 | Y | Y | Bleeding Event | 3/2/2012 | N/A | 8 | Levin Papantonio | G |
| Williams | Sheila | 8/15/1950 | Y | Y | Bleeding Event | 11/27/2013 | N/A | 14 | Levin Papantonio | H |
| Williamson | Brenda | 10/6/1946 | Y | Y | Bleeding Event | 4/12/2014 | N/A | 7 | Levin Papantonio | G |
| Wilson | Eva | 7/7/1929 | Y | Y | Death | 1/8/2011 | 31 | N/A | Levin Papantonio | C |
| Wilson | Jean | 3/18/1933 | Y | Y | Bleeding Event | 8/20/2012 | N/A | 7 | Levin Papantonio | G |
| Wilson | Laura | 2/24/1934 | Y | Y | Bleeding Event | 11/1/2013 | N/A | 35 | Levin Papantonio | H |
| Wisniewski | Marilyn | 7/2/1939 | Y | Y | Bleeding Event | 1/16/2013 | N/A | 7 | Levin Papantonio | G |
| Wittum, Sr. | Charles | 11/1/1936 | Y | Y | Bleeding Event | 5/12/2013 | N/A | 4 | Levin Papantonio | F |